In the Matter of FLORENCE NEWBORN, Appellant, against JOSEPH M. FEELY, Individually and as Surrogate of the County of Monroe, et al., Respondents, Impleaded with Others.

Argued September 27, 1937; decided October 5, 1937.

*Arthur V. D. Chamberlain* for motion.

*Franklin H. Smith* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion.

JOHN F. PITZ, SR., Respondent, *v.* JAMES J. MUNRO, as Receiver for RICHMOND NATIONAL BANK OF NEW YORK, Appellant, Impleaded with Another.

Submitted September 27, 1937; decided October 5, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 473.)